**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 5 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR CHARLES FOURSTAR, Jr., | No. 19-35030 |
| Plaintiff-Appellant, | D.C. No. 4:18-cv-00036-SPW |
| v. | |
| STEVE BULLOCK; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted June 2, 2020[**]

Before:    LEAVY, PAEZ, and BENNETT, Circuit Judges.

Victor Charles Fourstar, Jr., a former federal prisoner, appeals pro se from

the district court's judgment dismissing his action under *Bivens v. Six Unknown*

*Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), for failure to

state a claim and imposing a strike under 28 U.S.C. § 1915(g).  We have

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We affirm.

In his opening brief, Fourstar fails to address the grounds for dismissal and has therefore waived his challenge to the district court's judgment.  *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta–Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are waived); *see also Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim[.]").

To the extent Fourstar contends he was not a prisoner and not subject to the requirements of the Prison Litigation Reform Act, we reject this contention as unsupported by the record.

**AFFIRMED.**

19-35030